No. 56772.—Davies, Turner & Co. and California Radio & Electronics Co. et al. *v.* United States, protests 174135–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ¼-watt and ½-watt carbon resistors composed in chief

value of metal, used chiefly as parts of radio apparatus, instruments, or devices, the claim of the plaintiffs was sustained.